# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **CARDSOFT (ASSIGNMENT FOR THE BENEFIT OF CREDITORS), LLC,** § § § § *Plaintiff,* § § v. § § **FIRST DATA CORPORATION, FIRST DATA MERCHANT SERVICES CORPORATION, AND TASQ TECHNOLOGY, INC.,** § § § § § § *Defendants*. § § | Civil Action No. 2:13-CV-00290-JRG |

## ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO FILE PROPOSED DOCKET CONTROL ORDER

The Court, having considered the parties Joint Motion to Extend Deadline to File Proposed Docket Control Order, is of the opinion that the motion should be **GRANTED and hereby ORDERS that** the deadline for the parties to file a proposed Docket Control Order is extended up to and including January 26, 2016.

**SIGNED this 25th day of January, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE